UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONNA FRAWLEY,<br><br>                Plaintiff,<br><br>-v-<br><br><br>MEDICAL MANAGEMENT GROUP OF<br>NEW YORK, INC.,<br><br>                Defendant. | CIVIL ACTION NO.: 21 Civ. 8894 (AJN) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

On January 24, 2022, the Court scheduled oral argument on Defendant's motion to dismiss (ECF No. 16) for Friday, March 11, 2022 at 10:00 am by videoconference hosted by the Court on the Microsoft Teams platform. (See ECF No. 29). The Court has provided the parties with a link to the hearing. Members of the public can access the hearing on a listen-only basis by calling: (917) 933-2166; conference ID: 313 990 063#.

Dated:     New York, New York
             March 4, 2022

                                              SO ORDERED.

                                              _/s/ Sarah L. Cave_
                                              **SARAH L. CAVE**
                                              **United States Magistrate Judge**