```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
DONNA FRAWLEY,                                             :
                                                           :
                         Plaintiff,                        :
                                                           :    21-CV-8894 (VSB) (SLC)
           -v-                                             :
                                                           :         ORDER
                                                           :
MEDICAL MANAGEMENT GROUP OF                                :
NEW YORK, INC.,                                            :
                                                           :
                         Defendant.                        :
-----------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

    I understand that Parties have reached an agreement in principle and expect to file a motion for the approval of a class settlement promptly. Accordingly, I deny the pending motion to dismiss at Doc. 16 as moot without prejudice to renew if necessary.

    The Clerk of Court is respectfully directed to close the motion at Doc. 16.

SO ORDERED.

Dated: December 16, 2022
       New York, New York

*Vernon Broderick* (signature)

Vernon S. Broderick
United States District Judge