UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONNA FRAWLEY,

                Plaintiff,

-v-

MEDICAL MANAGEMENT GROUP OF NEW YORK, INC.,

                Defendant.

CIVIL ACTION NO.: 21 Civ. 8894 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

By **February 8, 2023**, the parties shall file a joint letter reporting on the status of finalizing their settlement agreement and preparing a motion for approval of the settlement for the attention of the Honorable Vernon S. Broderick.

Dated:    New York, New York
            February 6, 2023

SO ORDERED.

_____
SARAH L. CAVE