UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONNA FRAWLEY,

          Plaintiff,

-v-

MEDICAL MANAGEMENT GROUP OF NEW YORK, INC.,

          Defendant.

CIVIL ACTION NO.: 21 Civ. 8894 (JHR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

At the telephone conference held today, March 2, 2023, the parties advised the Court that they have resolved their dispute regarding "an appropriate cap for expert fees associated with ensuring compliance with the settlement agreement." (ECF No. 55). Accordingly, by **March 10, 2023**, Plaintiff shall file her motion for preliminary approval of the class settlement.

Dated:    New York, New York
          March 2, 2023

SO ORDERED.

_[signature]_
**SARAH L. CAVE**
**United States Magistrate Judge**