UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONNA FRAWLEY,<br>　　　　Plaintiff,<br><br>　　　　v.<br><br>MEDICAL MANAGEMENT GROUP OF NEW YORK, INC.,<br><br>　　　　Defendant. | No. 21-CV-8894 (JHR) (SLC)<br><br>NOTICE OF MOTION |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, dated March 10, 2023 and the Declaration of Maia Goodell, dated March 10, 2023 with accompanying exhibits, plaintiff Donna Frawley hereby moves the Court for class certification and for preliminary approval of settlement.

Dated: New York, New York
　　　　March 10, 2023

　　　　　　　　　　　　　　　　　　　　　　　VLADECK, RASKIN & CLARK, P.C.

　　　　　　　　　　　　　　　　By:　_____
　　　　　　　　　　　　　　　　　　　Maia Goodell
　　　　　　　　　　　　　　　　　　　Emily Bass
　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　565 Fifth Avenue, 9th Floor
　　　　　　　　　　　　　　　　　　　New York, New York  10017
　　　　　　　　　　　　　　　　　　　(212) 403-7300