UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONNA FRAWLEY,

                Plaintiff,

-v-

MEDICAL MANAGEMENT GROUP OF
NEW YORK, INC.,

                Defendant.

CIVIL ACTION NO.: 21 Civ. 8894 (JHR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the parties' request to adjourn the final approval hearing (the "Final Approval Hearing") (ECF No. 64 (the "Letter-Motion")), and orders as follows:

1. The Letter-Motion is GRANTED and the Final Approval Hearing scheduled for May 16, 2023 at 11:00 a.m. is ADJOURNED to **Thursday, July 6, 2023 at 10:00 a.m.** and will take place in person, in Courtroom 18A, 500 Pearl Street, New York, New York.

2. By **Thursday, June 22, 2023**, any class member wishing to make a statement or objection to the settlement may do so in accordance with the parties' Proposed Findings and Order Preliminarily Approving Class Settlement (the "Objection Deadline") (ECF No. 63).

3. By **Friday, April 7, 2023**, the parties shall distribute and post the notice of settlement. The parties shall include in the notice the Objection Deadline and the date and time of the Final Approval Hearing.

The Clerk of Court is respectfully directed to close ECF No. 64.

Dated: New York, New York
March 21, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**